UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| OMAR GARCIA ABURTO,<br><br>                    Petitioner,<br><br>          v.<br><br>WARDEN, Adelanto ICE Processing Center, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-02326-WLH-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"); the Order Denying Petitioner's Application for TRO (Dkt. 5); the Order Denying Petitioner's Renewed Application for TRO (Dkt. 12); Respondents' Answer to the Petition (Dkt. 10); the Report and Recommendation of the magistrate judge (Dkt. 13, "Report"); and Petitioner's Objections to the Report (Dkt. 14). The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court overrules the objections and accepts the findings and recommendation of the magistrate judge.

/ / /

IT IS THEREFORE ORDERED THAT Judgment shall be entered denying the Petition and dismissing the action without prejudice.

Dated: May 28, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2