UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| OMAR GARCIA ABURTO, | Case No. 5:26-cv-02326-WLH-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN, Adelanto ICE Processing Center, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is denied and the action is dismissed without prejudice.

Dated: May 28, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE